UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: MASSION, ROBERT MARTIN | § Case No. 10-72855 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/14/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 01/30/2012     By:  /s/JOSEPH D. OLSEN
                                       Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MASSION, ROBERT MARTIN | § | Case No. 10-72855 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 100,000.00 |
| *and approved disbursements of* | $ | 56,575.00 |
| *leaving a balance on hand of* [1] | $ | 43,425.00 |
| **Balance on hand:** | $ | 43,425.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Wells Fargo Bank NA | 74,961.02 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 43,425.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 6,681.02 | 0.00 | 6,681.02 |
| Trustee, Expenses - JOSEPH D. OLSEN | 78.39 | 0.00 | 78.39 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,128.00 | 0.00 | 1,128.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 7,887.41 |
| Remaining balance: | $ | 35,537.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   35,537.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   35,537.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,214.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | 8,401.24 | 0.00 | 8,401.24 |
| 3 | Precision Rcvy Analytics | 688.83 | 0.00 | 688.83 |
| 4 | Advantage Asset II, Inc. | 1,480.42 | 0.00 | 1,480.42 |
| 5 | LVNV Funding LLC | 9,644.10 | 0.00 | 9,644.10 |

Total to be paid for timely general unsecured claims:   $   20,214.59
Remaining balance:   $   15,323.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 15,323.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 15,323.00

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $120.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 15,202.58.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
　　　　　　　　　　　　　　Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                    Case No. 10-72855-MB
Robert Martin Massion                                                     Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-3           User: cbachman              Page 1 of 3                  Date Rcvd: Feb 06, 2012
                               Form ID: pdf006             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2012.
db           +Robert Martin Massion,    1144 Cermak Road,    Algonquin, IL 60102-1808
16240750     +Advantage Asset II, Inc.,    7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2053
15666935     +Advantage Assets II, Inc,    c/o Ltd Financial Services, LP,    7322 Southwes Fwy, Ste. 1,
               Houston, TX 77074-2010
15666936     +Arnoldharris/Med,    Business Bureau,    1460 Renaissance Dr.,    Park Ridge, IL 60068-1331
15666937     +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
15666938     +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
15666940     +Crd Prt Association,    ATTN: Bankruptcy,    PO Box 802068,    Dallas, TX 75380-2068
15666941     +Credit Protection Association,    13355 Noel Rd., Ste. 2100,    Dallas, TX 75240-6837
15666945     +GMAC,   ATTN: Bankruptcy Dept.,    1100 Viginia Dr.,    Fort Washington, PA 19034-3204
15666944     +GMAC,   c/o Central Credit Services, Inc.,    PO Box 15118,    Jacksonville, FL 32239-5118
15666946     +Hfc- USA,   PO Box 3425,    Buffalo, NY 14240-3425
15666947     +Household Finance,    c/o Tate & Kirlin Associates,    2810 Southampton Rd.,
               Philadelphia, PA 19154-1207
15666951     +Lydia Massion,    1144 Cermak Road,    Algonquin, IL 60102-1808
15666952     +Medical Business Bureau,    1460 Renaissance Dr.,    Park Ridge, IL 60068-1349
15666953    #+Paragon Way, Inc.,    7500 Rialto Blvd.,    Building 1, Ste. 100,    Austin, TX 78735-8531
15666954     +Paragonway,    2101 W. Ben Whit,    Austin, TX 78704-7516
15666955     +Premier Open MRI of McHenry County,    c/o Anderson, Randolf, Price, LLC,
               10039 Bissonnet, Ste. 385,    Houston, TX 77036-7843
15666957     +The Bureaus, Inc.,    1717 Central St.,    Evanston, IL 60201-1590
15666959    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Cir.,
               Frederick, MD 21701)
15666958     +Wells Farge Bank Nv Na,    PO Box 31557,    Billings, MT 59107-1557
16081928     +Wells Fargo Bank NA,    Home Equity Group,    X2303-01A,   1 Home Campus,
               Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15666939     +E-mail/Text: bankruptcy@commercebank.com Feb 07 2012 04:59:52      Commerce BK,    911 Main St.,
               Kansas City, MO 64105-2009
15666942     +E-mail/Text: clerical.department@yahoo.com Feb 07 2012 03:52:50      Creditors Collection B,
               755 Almar Pkwy.,    Bourbonnais, IL 60914-2393
15666943     +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2012 04:08:51      GEMB/Sams Club,
               ATTN: Bankruptcy Department,    Po box 105968,    Atlanta, GA 30348-5968
15666948     +E-mail/Text: Bankruptcy@icsystem.com Feb 07 2012 05:02:02      IC System, Inc.,    Po Box 64378,
               Saint Paul, MN 55164-0378
16404350      E-mail/Text: resurgentbknotifications@resurgent.com Feb 07 2012 03:47:30      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15666949     +E-mail/Text: bankruptcy@leadingedgerecovery.com Feb 07 2012 05:01:54
               Leading Edge Recovery Solutions LLC,    5440 N. Cumberland Ave., Ste. 300,
               Chicago, IL 60656-1486
15666950     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 07 2012 03:47:30      Lvnv Funding, LLC,
               PO Box 10584,    Greenville, SC 29603-0584
16098902      E-mail/Text: resurgentbknotifications@resurgent.com Feb 07 2012 03:47:30
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16186724      E-mail/Text: resurgentbknotifications@resurgent.com Feb 07 2012 03:47:30
               Precision Rcvy Analytics,    c/o B-Line, LLC,   MS 550,    PO Box 91121,    Seattle, WA 98111-9221
15666956     +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2012 04:08:51      Sams Club,    ATTN: BK Department,
               Po Box 530942,    Atlanta, GA 30353-0942
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15668135*    +Lydia Massion,    1144 Cermak Road,    Algonquin, Il 60102-1808
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-3          User: cbachman           Page 2 of 3              Date Rcvd: Feb 06, 2012
                              Form ID: pdf006          Total Noticed: 31

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2012**            **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: cbachman             Page 3 of 3              Date Rcvd: Feb 06, 2012
                              Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2012 at the address(es) listed below:
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Joseph D Olsen    on behalf of Spec. Counsel  Goldberg Weisman & Cairo Ltd jolsenlaw@aol.com,
               IL46@ECFCBIS.com
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen S Newland    on behalf of Debtor Robert Massion steve@newlandlaw.com,
               cate@fairplayparalegal.com;jessica@newlandlaw.com
              Yanick  Polycarpe    on behalf of Creditor  Wells Fargo Bank, N.A. ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7