**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MASSION, ROBERT MARTIN § Case No. 10-72855
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $237,449.70          Assets Exempt: $23,626.70
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,335.01     Claims Discharged
                                                 Without Payment: $47,718.00

Total Expenses of Administration: $48,285.41

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 31,379.58 (see **Exhibit 2**), yielded net receipts of $68,620.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $267,452.00 | $74,961.02 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,285.41 | 48,285.41 | 48,285.41 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,243.00 | 20,335.01 | 20,335.01 | 20,335.01 |
| **TOTAL DISBURSEMENTS** | $324,695.00 | $143,581.44 | $68,620.42 | $68,620.42 |

    4) This case was originally filed under Chapter 7 on June 02, 2010. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2012          By: /s/JOSEPH D. OLSEN
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible future Personal Injury Settlement | 1129-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Massion | Exemption from personal injury case | 8100-002 | 16,177.00 |
| MASSION, ROBERT MARTIN | Dividend paid 100.00% on $15,202.58; Claim# SURPLUS; Filed: $15,202.58; Reference: | 8200-000 | 15,202.58 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$31,379.58** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank NA | 4110-000 | N/A | 74,961.02 | 0.00 | 0.00 |
| NOTFILED | Wells Farge Bank Nv Na | 4110-000 | 75,097.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 192,355.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$267,452.00** | **$74,961.02** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 6,681.02 | 6,681.02 | 6,681.02 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 78.39 | 78.39 | 78.39 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,128.00 | 1,128.00 | 1,128.00 |
| Goldberg Weisman & Cairo, Ltd | 3210-600 | N/A | 40,398.00 | 40,398.00 | 40,398.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 48,285.41 | 48,285.41 | 48,285.41 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 8,401.24 | 8,401.24 | 8,401.24 |
| 2I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 50.05 | 50.05 | 50.05 |
| 3 | Precision Rcvy Analytics | 7100-000 | N/A | 688.83 | 688.83 | 688.83 |
| 3I | Precision Rcvy Analytics | 7990-000 | N/A | 4.10 | 4.10 | 4.10 |
| 4 | Advantage Asset II, Inc. | 7100-000 | N/A | 1,480.42 | 1,480.42 | 1,480.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I | Advantage Asset II, Inc. | 7990-000 | N/A | 8.82 | 8.82 | 8.82 |
| 5 | LVNV Funding LLC | 7100-000 | 9,525.00 | 9,644.10 | 9,644.10 | 9,644.10 |
| 5I | LVNV Funding LLC | 7990-000 | N/A | 57.45 | 57.45 | 57.45 |
| NOTFILED | GMAC c/o Central Credit Services, Inc. | 7100-000 | 11,181.00 | N/A | N/A | 0.00 |
| NOTFILED | Hfc- USA | 7100-000 | 20,838.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 159.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | The Bureaus, Inc. | 7100-000 | 203.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Open MRI of McHenry County c/o Anderson, | 7100-000 | 252.00 | N/A | N/A | 0.00 |
| NOTFILED | Paragonway | 7100-000 | 689.00 | N/A | N/A | 0.00 |
| NOTFILED | IC System, Inc. | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 714.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Finance c/o Tate & Kirlin Associates | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Advantage Assets II, Inc c/o Ltd Financial Services, LP | 7100-000 | 1,480.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Association | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Commerce BK | 7100-000 | 2,642.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 8,401.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 57,243.00 | 20,335.01 | 20,335.01 | 20,335.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72855  
**Case Name:** MASSION, ROBERT MARTIN  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/02/10 (f)  
**§341(a) Meeting Date:** 07/26/10  

**Period Ending:** 04/23/12  
**Claims Bar Date:** 11/18/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1144 Cermak Road, Algonquin, IL 60102 | 230,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 23.00 | 0.00 | DA | 0.00 | FA |
| 3 | First American Bank checking acct #5510 | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | NICOR utility deposit | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Bedroom set (4) $600; Living room set $200; Fami | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Various paperbacks $20 and Record collection $15 | 170.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding ring and watch | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1 camera | 30.00 | 0.00 | DA | 0.00 | FA |
| 10 | Country Capital IRA acct #5995 $822.60; Chicago | 2,926.70 | 0.00 | DA | 0.00 | FA |
| 11 | Possible future Personal Injury Settlement | Unknown | 20,000.00 | | 100,000.00 | FA |
| 12 | Possible future Workers' Compensation Settlement | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | Tools of the Trade | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Snow blower and shop vac | 300.00 | 0.00 | DA | 0.00 | FA |
| 14 | **Assets** Totals (Excluding unknown values) | **$237,449.70** | **$20,000.00** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 30, 2012      **Current Projected Date Of Final Report (TFR):**   January 26, 2012 (Actual)

Printed: 04/23/2012 03:15 PM    V.12.57

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 10-72855  
**Case Name:** MASSION, ROBERT MARTIN  

**Taxpayer ID #:** **-***4988  
**Period Ending:** 04/23/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/17/12 | {11} | Goldberg, Weisman & Cairo, Ltd. | settlement funds | 1129-000 | 100,000.00 | | 100,000.00 |
| 01/24/12 | 101 | Goldberg Weisman & Cairo, Ltd | Attorneys fees/costs | 3210-600 | | 40,398.00 | 59,602.00 |
| 01/24/12 | 102 | Robert Massion | Exemption from personal injury case | 8100-002 | | 16,177.00 | 43,425.00 |
| 03/14/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $78.39, Trustee Expenses;  Reference: | 2200-000 | | 78.39 | 43,346.61 |
| 03/14/12 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,128.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,128.00 | 42,218.61 |
| 03/14/12 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $6,681.02, Trustee Compensation;  Reference: | 2100-000 | | 6,681.02 | 35,537.59 |
| 03/14/12 | 106 | MASSION, ROBERT MARTIN | Dividend paid 100.00% on $15,202.58; Claim# SURPLUS; Filed: $15,202.58; Reference: | 8200-000 | | 15,202.58 | 20,335.01 |
| 03/14/12 | 107 | Advantage Asset II, Inc. | Combined Check for Claims#4,4I | | | 1,489.24 | 18,845.77 |
| | | | Dividend paid 100.00%       1,480.42 on $1,480.42;  Claim# 4; Filed: $1,480.42 | 7100-000 | | | 18,845.77 |
| | | | Dividend paid 100.00%           8.82 on $8.82;  Claim# 4I; Filed: $8.82 | 7990-000 | | | 18,845.77 |
| 03/14/12 | 108 | LVNV Funding LLC | Combined Check for Claims#5,5I | | | 9,701.55 | 9,144.22 |
| | | | Dividend paid 100.00%       9,644.10 on $9,644.10;  Claim# 5; Filed: $9,644.10 | 7100-000 | | | 9,144.22 |
| | | | Dividend paid 100.00%          57.45 on $57.45;  Claim# 5I; Filed: $57.45 | 7990-000 | | | 9,144.22 |
| 03/14/12 | 109 | Precision Rcvy Analytics | Combined Check for Claims#3,3I | | | 692.93 | 8,451.29 |
| | | | Dividend paid 100.00%         688.83 on $688.83;  Claim# 3; Filed: $688.83 | 7100-000 | | | 8,451.29 |
| | | | Dividend paid 100.00%           4.10 on $4.10;  Claim# 3I; Filed: $4.10 | 7990-000 | | | 8,451.29 |
| 03/14/12 | 110 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#2,2I | | | 8,451.29 | 0.00 |
| | | | Dividend paid 100.00%       8,401.24 on $8,401.24;  Claim# 2; Filed: $8,401.24 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          50.05 on $50.05;  Claim# 2I; | 7990-000 | | | 0.00 |

Subtotals :    $100,000.00    $100,000.00

{} Asset reference(s)

Printed: 04/23/2012 03:15 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-72855 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | MASSION, ROBERT MARTIN | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******48-66 - Checking Account |
| **Taxpayer ID #:** | **-***4988 | **Blanket Bond:** | $820,095.60   (per case limit) |
| **Period Ending:** | 04/23/12 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $50.05 | | | | |
| | | | **ACCOUNT TOTALS** | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 100,000.00 | 100,000.00 | |
| | | | Less: Payments to Debtors | | | 31,379.58 | |
| | | | **NET Receipts / Disbursements** | | **$100,000.00** | **$68,620.42** | |

```
Net Receipts :           100,000.00
Less Payments to Debtor :    16,177.00
                         _____
Net Estate :             $83,823.00
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******48-66** | 100,000.00 | 68,620.42 | 0.00 |
| | **$100,000.00** | **$68,620.42** | **$0.00** |

{} Asset reference(s)    Printed: 04/23/2012 03:15 PM    V.12.57